IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERMAINE JOSEPH HICKS, | : | CIVIL ACTION |
| a/k/a JERMAINE WEEKS | : | |
| | : | |
| v. | : | NO. 09-4255 |
| | : | |
| DAVID DIGUGLIELMO, ET AL. | : | |

# **O R D E R**

**AND NOW** this 29ᵗʰ day of August, 2013, upon consideration of Petitioner Termaine

Hicks's Petition for Writ of Habeas Corpus (ECF No. 1) and Objections (ECF Nos. 17, 18) to the

Report and Recommendations of Magistrate Judge Caracappa (ECF No. 37), it is **ORDERED** as

follows:

1.    Petitioner's Objections to the Report and Recommendation are overruled.

2.    The Report and Recommendation is approved and adopted.

3.    The Petition For Writ Of Habeas Corpus is denied.

4.    A certificate of appealability is not issued.

5.    The Clerk of Court shall mark this case closed.

**IT IS SO ORDERED**.

                                        **BY THE COURT:**




                                        */s/R. Barclay Surrick*
                                        **U.S. District Judge**